UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HILLSBOROUGH COUNTY, et al.,**

    **Plaintiffs,**

v.                                                      Case No. 8:10-cv-2651-T-30TGW

**LAKE SAINT CLAIR HOMEOWNERS**
**ASSOCIATION, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Motion to Intervene of R. David First (Dkt. 11), Plaintiff Hillsborough County's Response in support of the motion (Dkt. 13), and Defendants' Response in opposition (Dkt. 14). A hearing was held on the motion on July 6, 2011.

At the hearing, the Court orally granted the motion to intervene. Defendants may raise their statute of limitations arguments on a motion to dismiss.

For the reasons stated on the record at the hearing, it is ORDERED AND ADJUDGED that:

1.      R. David First's Motion to Intervene (Dkt. 11) is GRANTED.

2.      The Complaint in Intervention, which is attached to the motion, shall be deemed filed. Defendants shall file their answer(s) to the Complaint in Intervention or other responsive pleading within twenty (20) days.

**DONE** and **ORDERED** in Tampa, Florida on July 6, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2651.intervene 11.frm