**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HILLSBOROUGH COUNTY, et al.,

    Plaintiffs,

v.                                                 Case No.  8:10-cv-2651-T-30TGW

LAKE SAINT CLAIR HOMEOWNERS
ASSOCIATION, INC., et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised via Plaintiff's Agreed Notice to the Court that Case Has Been Settled Subject to Ratification (Dkt. #44) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>one hundred twenty (120) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 120-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on January 24, 2012.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cv-2651.dismiss 44.wpd